## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Alexandra Milspaw and | : | Case No.: 21-11517-pmm |
| Samuel Couchara | : | |
| | : | |
| Debtor. | : | Chapter 13 |

| | | |
|---|---|---|
| Alexandra Milspaw and Samuel Couchara | : | **MOTION TO VALUE COLLATERAL** |
| Movants. | : | 11 U.S.C. § 506, 1325(a) |
| | : | |
| v. | : | **HEARING DATE: November 4, 2021** |
| | : | **HEARING TIME: 11:00 a.m.** |
| | : | **HEARING PLACE: 4th Floor** |
| PSECU | : | **The Gateway Building** |
| Respondent. | : | **201 Penn Street** |
| | : | **Reading, PA 19601** |

### NOTICE OF MOTION AND RESPONSE DEADLINE

Patrick J. Best, Esquire, of ARM Lawyers, has filed a Motion to Value Collateral relative to the 2015 Honda Pilot.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Application, then on or before **October 4, 2021**, **you or your attorney must file a response to the Motion.** (see Instructions on next page).

3. **A hearing on the Motion** is schedule to be held on **November 4, 2021 at 11:00am** in **The Gateway Building, 201 Penn Street, 4th Floor, Reading, Pennsylvania 19601.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## **Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at

> Office of the Bankruptcy Clerk
> The Gateway Building
> 201 Penn Street, Suite 103
> Reading, PA 19601

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Patrick J. Best, Esquire
> ARM Lawyers
> 18 N 8th Street
> Stroudsburg, PA 18360

Date: <u>September 20, 2021</u>

/s/ Patrick J. Best
Patrick J. Best, Esquire
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Phone: 570.420.7431
Facsimile: 484.544.8625

2